ing and leave to amend its petition. In addition to the item we have just disposed of, petitioner sought by its amendment to set up new and different grounds on which to claim the deduction of an item of approximately $20,000 as expenses growing out of development costs. Granting that this item was allowable in reduction of gross income, which in the paucity of the record is going pretty far, we are nevertheless confronted here with the rule we have already spoken of, namely, that new issues not included in the pleadings submitted to the Board and decided by the Board may not, of right, be included after decision by amendment. Steele-Wedeles Co. v. Commissioner, 7 Cir., 63 F.2d 541, 543. Clearly, therefore, a petition to amend after final decision is to be considered subject to the discretion of the Board.

On the whole case, we are of opinion that the Board's decision should be, and it is, affirmed.

Affirmed.

EDGERTON, J., concurs in the result, and in the first part of the opinion.

Assistant to the Attorney General, were on the brief, for respondent.

Mr. Sewall Key, Special Assistant to the Attorney General, and Mr. J. P. Wenchel, General Counsel, Bureau of Internal Revenue, of Washington, D. C., and Mr. Charles E. Lowery, Special Attorney, Bureau of Internal Revenue, of Washington, D. C., also entered appearances for respondent.

Before GRONER, Chief Justice, and MILLER and EDGERTON, Associate Justices.

GRONER, C. J.

It was conceded at the bar that the facts in this case are identical with those in No. 7865, Second Carey Trust v. Helvering, —— App.D.C. ——, 126 F.2d 526, decided today, and that the decision in this case should abide the decision in that case. From this it follows that the decision of the Board must be, and it is, affirmed.

Affirmed.

## SERIES "A" TRUST v. HELVERING, Commissioner of Internal Revenue.

### No. 7868.

United States Court of Appeals for the District of Columbia.

Argued Jan. 7, 1942.

Decided March 9, 1942.

## HARE TRUST, An Express Trust, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.

### No. 7869.

United States Court of Appeals for the District of Columbia.

Argued Jan. 7, 1942.

Decided March 9, 1942.

Mr. George E. H. Goodner, of Washington, D. C., with whom Miss Helen Goodner, of Washington, D. C., was on the brief, for petitioner.

Mr. Lee A. Jackson, Special Assistant to the Attorney General, with whom Mr. Samuel O. Clark, Jr., Assistant Attorney General, and Mr. J. Louis Monarch, Special